**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT SCOTT STRONG, | No. 11-35161 |
| Petitioner - Appellant, | D.C. No. 3:08-cv-01320-PK |
| v. | |
| JOE DE CAMP, Superintendent, DRCI, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Malcolm F. Marsh, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Former Oregon state prisoner Robert Strong appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Strong contends that his trial attorney rendered ineffective assistance of counsel by failing to call his niece to testify regarding his character and reputation for sexual propriety.  We affirm the district court's denial of relief because the record shows that the state court did not unreasonably apply *Strickland v. Washington*, 466 U.S. 668 (1984), in concluding that Strong failed to demonstrate that his counsel performed deficiently.  *See* 28 U.S.C. § 2254(d)(1); *Harrington v. Richter*, 131 S. Ct. 770, 785-87 (2011).

**AFFIRMED.**